**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2171**

ROBERT V. WILKIE, individually and as Executor of the Estate of Judith Kathryn
Sellers Wilkie,

                Plaintiff - Appellant,

      v.

NATIONSTAR MORTGAGE, LLC, d/b/a Mr. Cooper Mortgage, LLC,

                Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at
Asheville.  Martin K. Reidinger, District Judge.  (1:19-cv-00052-MR-WCM)

Submitted:  April 14, 2020                Decided:  April 16, 2020

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert V. Wilkie, Appellant Pro Se.  Margaret Kane Thies, MCGUIREWOODS, LLP,
Charlotte, North. Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert V. Wilkie appeals from the district court's order dismissing his civil complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilkie v. Nationstar Mortg., LLC*, No. 1:19-cv-00052-MR-WCM (W.D.N.C., Oct. 8, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
